IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CURTIS PATRICK HENRY,

    Plaintiff,

   v.                                                       Case No.  21-cv-137-bbc

CAELEE WHITEAKER,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case without prejudice.

/s/  
Peter Oppeneer, Clerk of Court

4/28/2021  
Date